IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, CHAD GUBLER,<br><br>Plaintiffs,<br><br>v.<br><br>MEDSOURCE INCORPORATED, *et al.*,<br><br>Defendants. | ORDER GRANTING EXTENSION OF TIME AND RESPONDING TO MEDIATION INQUIRY<br><br>Case No. 2:15-cv-127<br><br>Consolidated with:<br>Case Nos. 2:17-cv-99<br>          2:17-cv-891<br><br>Judge Clark Waddoups<br>Magistrate Judge Dustin B. Pead |

On March 14, 2023, Jane Doe sent correspondence to the court asking about a deadline to retain local counsel. Ms. Doe further inquired about mediation. The court construes Ms. Doe's correspondence as a request for extension of time to retain counsel. The court extends the deadline to March 31, 2023 for Ms. Doe to retain counsel. If Ms. Doe retains California counsel, she must also retain local counsel in Utah by the same date.

As for the request for information about mediation, the defendants have not been served, and any agreement the defendants had with Ms. Doe's prior counsel, for the defendants to appear voluntarily at mediation, lapsed when the court vacated the mediation referral due to differences between Ms. Doe and her former counsel. Because court-sponsored mediation requires all parties to appear before the court, and the defendants are not before the court, the court cannot refer the case to a Magistrate Judge for a settlement conference under the present posture of the case.

DATED this 15th day of March, 2023.

BY THE COURT:

_____
Clark Waddoups
United States District Judge