**From:** ▮▮▮
**To:** Jennifer Jensen; Tobi Potestio
**Subject:** Re: 15-cv-00127-CW-DBP USA ex rel Gubler-Order
**Date:** Friday, March 31, 2023 3:57:14 PM
**Attachments:** image001.png

**CAUTION - EXTERNAL:**

Hello
I will represent myself
Thank you
▮▮▮

On Thu, Mar 16, 2023 at 11:02 AM ▮▮▮ wrote:
> Ok thank you
>
> On Thu, Mar 16, 2023 at 7:34 AM Jennifer Jensen <Jennifer_Richards@utd.uscourts.gov> wrote:
>
>> **ORDER GRANTING EXTENSION OF TIME AND RESPONDING TO MEDIATION INQUIRY re [141] Correspondence. The court construes Ms. Does correspondence as a request for extension of time to retain counsel. The court extends the deadline to March 31, 2023 for Ms. Doe to retain counsel. See Order for details. Signed by Judge Clark Waddoups on 3/15/23. (jrj)**
>>
>> **Thanks,**
>>
>> Phone: 801-524-6124
>> **JENNIFER JENSEN**
>> Appeals/ Generalist Clerk
>> 351 South West Temple
>> Salt Lake City Utah 84101

--

Thank you,

[signature redacted]

--

Thank you,

[signature redacted]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.