FILED
2023 AUG 4 PM 2:07
CLERK
U.S. DISTRICT COURT

Sheida Guilak
34424 Coppola street
Temecula CA
714-454-1479


UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
Orrin G. Hatch United States Courthouse
351 South West Temple, Rm. 1.100
Salt Lake City, Utah 84101
801-524-6100


Dear Magistrate Judge Pead and The Honorable Judge Waddoups and the Utah Courthouse,


I am writing to inform the courts of my decision not to proceed further with this case, number 215-cv-00127, due to the significant challenges I have faced.   Specifically with my previous counsel failing to complete the case over the past few years and the stress of representing myself without legal assistance.


Despite my best efforts and multiple requests, again I have been unable to obtain my own files pertaining to wrongful termination from my previous counsel, Mr. Brian McCormick.  His actions of leading me on, without providing what is rightfully mine, have persisted, causing significant frustration, sadness, and an unnecessary large investment of my time with this case.

The context of his emails remained the same, with intentional delays of excuse such as being out of town, promising to speak to his staff offering to discuss the matter over a call, but unfortunately without delivering the requested items in a readable format.

As a result of this situation, I find myself ill prepared to navigate the mediation and legal process effectively.  Considering these circumstances, I have made the decision to not represent myself.
.

Therefore, I am respectfully requesting that the court proceed with whatever actions they deem necessary. I appreciate the time the courts have taken for me and the efforts to help me resolve this matter.


Sincerely,



*Dr. Sheida Guilak*

**PharmD. ASC Consultant**