# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHEIDA GUILAK,<br><br>      Plaintiff,<br><br>v.<br><br>BAYTREE PHARMACY LLC; MATTHEW PAULSON; VALENTINE HOLDINGS, LLC; DOW JONES; ALLIANCE HEALTH NETWORK, LLC d/b/a ALLIANCE HEALTH; and NEW LIFE PHARMACY, LLC.<br><br>      Defendants. | **ORDER**<br><br>Case No. 2:15-cv-127-CW-DBP<br>Consolidated with: Case No. 2:17-cv-99<br><br>Judge Clark Waddoups<br>Chief Magistrate Judge Dustin B. Pead |

On August 4, 2023, Plaintiff Sheida Guilak informed the court of her "decision not to proceed further with this case." Notice and Letter (ECF No. 157). No defendants have been served in this matter. Accordingly, dismissal without prejudice is appropriate under Federal Rule of Civil Procedure 41(a)(1). The court directs that this case be closed.

SO ORDERED this 10th August, 2023.

BY THE COURT:

_____
Clark Waddoups
United States District Court